NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


J.D.S.,                                         )
                                                )
              Appellant,                        )
                                                )
v.                                              )      Case No.  2D17-3534
                                                )
STATE OF FLORIDA,                               )
                                                )
              Appellee.                         )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C. Nash
and Michael J. Scionti, Judges.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.